**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00331-CV**
_____

**MIKE O'BRIEN, Appellant**

**V.**

**CORINTHIAN POINTE YACHT
AND RACQUET CLUB, INC., Appellee**

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 13-02-01368 CV**

**ORDER**

The case was referred to mediation after perfection of the appeal. On November 1, 2013, the mediator reported that the case settled after mediation and recommended that the appeal be abated for ninety days to provide the parties with an opportunity to complete the settlement.

It is, therefore, ORDERED that the appeal is abated for ninety days. All appellate timetables are stayed during the abatement. The appeal will be reinstated

1

without further order of this Court in ninety days unless before that date the appellant files a motion to dismiss the appeal, the parties file a joint motion for an agreed disposition of the appeal, or the parties notify the Court that they require additional time to complete the settlement.

ORDER ENTERED November 7, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.